UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA GHANY,<br><br>Plaintiff,<br><br>v.<br><br>KUSH 21 LLS, et al.,<br><br>Defendants. | CASE NO. **2:26-cv-04195-JCC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the presiding District Judge.

DATED this 30th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge